# EXHIBIT A



NYSCEF
New York County Supreme Court

**Document List**
**Index #   156936/2019**

Created on:07/30/2019 10:52 AM

**Case Caption:**   **Andrea Tantaros v. Fox News Channel, LLC et al**
**Judge Name:**   **David B Cohen**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION - *Corrected* | Processed | 07/17/2019 | Askin, J. |
| 2 | EXHIBIT(S) <br> Exhibit to Petition | Processed | 07/15/2019 | Askin, J. |
| 3 | MEMORANDUM OF LAW - *Corrected* | Processed | 07/17/2019 | Askin, J. |
| 4 | EXHIBIT(S) <br> Exhibit to Memorandum of Law (Slip Opinion) | Processed | 07/15/2019 | Askin, J. |
| 5 | EXHIBIT(S) <br> Exhibit to Memorandum of Law (clause) | Processed | 07/15/2019 | Askin, J. |
| 6 | EXHIBIT(S) <br> Exhibit to Memorandum (order) | Processed | 07/15/2019 | Askin, J. |
| 7 | EXHIBIT(S) <br> Exhibit to Memorandum (letter to panel) | Processed | 07/15/2019 | Askin, J. |
| 8 | AFFIDAVIT OR AFFIRMATION IN SUPPORT - *Corrected* | Processed | 07/17/2019 | Askin, J. |
| 9 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 07/15/2019 | Askin, J. |
| 10 | AFFIDAVIT <br> Affidavit in support of proposed Pro Hac Vice Order | Processed | 07/15/2019 | Askin, J. |
| 11 | ORDER ( PROPOSED ) | Processed | 07/15/2019 | Askin, J. |
| 12 | ORDER TO SHOW CAUSE ( PROPOSED ) - *Corrected* | Processed | 07/17/2019 | Askin, J. |
| 13 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 07/15/2019 | Askin, J. |
| 14 | | Deleted | | |
| 15 | ORDER TO SHOW CAUSE ( PROPOSED ) - *Corrected* | Processed | 07/19/2019 | Askin, J. |
| 16 | MEMORANDUM OF LAW - REQUEST TO SEAL | Processed | 07/17/2019 | Askin, J. |
| 17 | AFFIDAVIT/AFFIRMATION - REQUEST TO SEAL <br> Exhibit 1 to Memorandum of Law/Motion to Seal | Processed | 07/17/2019 | Askin, J. |
| 18 | EXHIBIT(S) - REQUEST TO SEAL <br> Exhibit to Affidavit re: clauses | Processed | 07/17/2019 | Askin, J. |
| 19 | REQUEST FOR RESTRICTED STATUS <br> filed under proper document type | Processed | 07/17/2019 | Askin, J. |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 07/29/2019 | Askin, J. |