# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>        Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>        Respondents. | Case No. _____<br><br>[Index No. 156936/2019 in the New York State Supreme Court for New York County] |

## NOTICE OF CONSENT TO REMOVAL

Defendant William Shine by his undersigned counsel hereby consents to removal of the above action commenced in the Supreme Court of New York, New York County, Index No. 156936/2019, to this Court pursuant to 28 U.S.C. §1441, et seq.

Dated: July 30, 2019

Respectfully submitted,

*/s/ Evelyn H. Seeler*
Evelyn H. Seeler, Esq.
Thompson & Knight LLP
900 Third Avenue, 20th floor,
New York, NY  10022
Phone: 212-751-3281
Email: evelyn.seeler@tklaw.com
*Attorney for Respondent William Shine*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>   Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>   Respondents. | Case No. _____<br><br>[Index No. 156936/2019 in the New York State Supreme Court for New York County] |

**NOTICE OF CONSENT TO REMOVAL**

Defendant The Estate of Roger Ailes by its undersigned counsel hereby consents to removal of the above action commenced in the Supreme Court of New York, New York County, Index No. 156936/2019, to this Court pursuant to 28 U.S.C. §1441, et seq.

Dated: July 30, 2019

Respectfully submitted,

_/s/ Peter E. Calamari_
Peter E. Calamari
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Phone: 212-849-7171
Email: petercalamari@quinnemanuel.com

*Attorneys for Respondent Estate of Roger Ailes*

1