UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANDREA TANTAROS,

                Petitioner,

      v.

FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI

                Respondents.

---------------------------------------------------------------X

Case No. _____

**ECF Case**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fox News Network, LLC, a private non-governmental party ("Fox News") hereby certifies that Fox News is wholly owned by Fox Television Stations, LLC, which, in turn, is wholly owned by Fox Television Holdings, LLC, which in turn is wholly owned by Foxcorp Holdings LLC, which in turn is wholly owned by Fox Corporation. Fox Corporation is the ultimate corporate parent of Fox News and is a publicly traded corporation.

| | |
|---|---|
| Dated: July 30, 2019 | Respectfully submitted,<br>Jones Day<br>By: _s/ Kristina A. Yost_____<br>Kristina A. Yost<br>kyost@jonesday.com<br>Jones Day<br>250 Vesey Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>*Attorneys for Respondents Fox News Network, LLC, Dianne Brandi, Suzanne Scott, and Irena Briganti* |