USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA TANTAROS,

                Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                Respondents.

19-cv-7131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Respondents' Notice of Removal. ECF No. 1. Respondents are hereby **ORDERED** to initiate a Joint Telephone Conference with the Court on August 5, 2019 at 1:00 p.m. The Court's conference line is 1-888-363-4749. The conference code is 3768660.

**SO ORDERED.**

Dated:    August 1, 2019
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**