UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>            Petitioner,<br>-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, AND IRENA BRIGANTI,<br><br>                            Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE ENTER the appearance of Matthew W. Lampe of Jones Day as counsel in this case for Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti. I certify that I am admitted to practice in this Court.

Dated: August 2, 2019
New York, New York

Respectfully submitted,

/s/ Matthew W. Lampe
Matthew W. Lampe
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: 212.326.3939
Fax: 212.755.7306
mwlampe@jonesday.com

*Attorney for Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti.*

**CERTIFICATE OF SERVICE**

I, Matthew W. Lampe certify that I hereby certify that on the 2nd day of August, 2019, I caused the attached Notice of Appearance to be served on the parties listed below via First-Class U.S. Mail and via electronic mail:

Jonathan Askin
250 Joralemon Street
Brooklyn, NY 11201-3700
Phone:  718-780-0622
Email: jonathan.askin@brooklaw.edu

Bruce Fein
Fein & DelValle, PLLC
300 New Jersey Ave. NW
Washington, DC 20001
Phone: 202-465-8727
Email: bruce@feinpoints.com

*Attorneys for Petitioner*

Peter E. Calamari
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Phone: 212-849-7171
Email: petercalamari@quinnemanuel.com

*Attorney for Respondent Estate of Roger Ailes*

Marion Bachrach
Thompson & Knight LLP
900 Third Avenue, 20th floor,
New York, NY  10022
Phone: 212-751-3341
Email: marion.bachrach@tklaw.com

*Attorney for Respondent William Shine*

Dated: August 2, 2019  Respectfully submitted,
New York, New York

                                                 /s/ Matthew W. Lampe
                                                 Matthew W. Lampe
                                                 JONES DAY
                                                 250 Vesey Street
                                                 New York, New York 10281
                                                 Tel: 212.326.3939
                                                 Fax: 212.755.7306
                                                 mwlampe@jonesday.com

*Attorney for Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti.*

3