UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>      Petitioner,<br><br>  -against-<br><br>FOX NEWS NETWORK, LLC., THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>      Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Evelyn H. Seeler, a partner at Thompson & Knight LLP admitted to practice in this Court, enters an appearance as counsel for respondent William Shine in the above-captioned action.

Dated:  August 2, 2019
       New York, New York

                                      Respectfully submitted,

                                      */s/ Evelyn H. Seeler*
                                        Evelyn H. Seeler

                                      THOMPSON & KNIGHT LLP
                                      900 Third Avenue, 20th Floor
                                      New York, New York 10022
                                      Tel: (212) 751-3281
                                      Fax: (214) 999.9054
                                      Email:  evelyn.seeler@tklaw.com

**CERTIFICATE OF SERVICE**

I, John M Doherty, Esq., certify that I hereby certify that on the 2nd day of August, 2019, I caused the attached Notice of Appearance to be served on the parties listed below via First-Class U.S. Mail and via electronic mail:

Mail and via electronic mail:

Jonathan Askin
50 Joralemon Street
Brooklyn, NY 11201-3700
Phone: 718-780-0622
Email: jonathan.askin@brooklaw.edu

Bruce Fein
Fein & DelValle, PLLC
300 New Jersey Ave. NW
Washington, DC 20001
Phone: 202-465-8727
Email: bruce@feinpoints.com

*Attorneys for Petitioner*

Matthew W. Lampe
Kristina A. Yost
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: 212.326.3939
Fax: 212.755.7306
mwlampe@jonesday.com
kyost@JonesDay.com

*Attorneys for Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti.*

Peter E. Calamari
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Phone: 212-849-7171
Email: petercalamari@quinnemanuel.com

*Attorney for Respondent Estate of Roger Ailes*

Dated:  August 2, 2019
        New York, New York

                                             Respectfully submitted,

                                             */s/ John M. Doherty*
                                                John M. Doherty

                                           THOMPSON & KNIGHT LLP
                                           900 Third Avenue, 20th Floor
                                           New York, New York 10022
                                           Tel: (212) 751-3001
                                           Fax: (214) 880-3145
                                           Email:  jack.doherty@tklaw.com