UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>              Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC,<br>THE ESTATE OF ROGER AILES,<br>WILLIAM SHINE, SUZANNE SCOTT,<br>DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>              Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

    I certify that I am admitted to practice in this Court and appear in this action as counsel to Petitioner, Andrea Tantaros.

Dated: New York, New York
        August 5, 2019

                                              **WOLF HALDENSTEIN ADLER**
                                              **FREEMAN & HERZ LLP**

                                              /s/ Demet Basar
                                              Demet Basar
                                              270 Madison Avenue
                                              New York, New York 10016
                                              Tel.: (212) 545-4600
                                              Fax: (212) 686-0114
                                              basar@whafh.com

                                              *Counsel to Petitioner, Andrea Tantaros*

                                                                       805619

## CERTIFICATE OF SERVICE

I, Demet Basar, certify that on the 5th day of August 2019, I caused the within Notice of Appearance to be served upon the parties listed below by US Mail and electronic mail:

Bruce Fein
Fein & DelValle, PLLC
300 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-465-8727
bruce@feinpoints.com

*Counsel to Petitioner*

Matthew Lampe
Kristina Yost
Jones Day (NYC)
250 Vesey Street
New York, NY 10281
Tel.: 212-326-8338
mwlampe@jonesday.com
kyost@jonesday.com

*Counsel to Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi and Irena Briganti*

Peter E. Calamari
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: 212-849-7171
petercalamari@quinnemanuel.com

*Counsel to Respondent Estate of Roger Ailes*

Marion Bachrach
Evelyn Seeler
Thompson & Knight, LLP
900 Third Avenue
New York, NY 10022
Tel.: 212-751-3113
marion.bachrach@tklaw.com
evelyn.seeler@tklaw.com

*Counsel to Respondent William Shine*