UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>     Petitioner,<br><br> -against-<br><br>FOX NEWS NETWORK, LLC,<br>THE ESTATE OF ROGER AILES,<br>WILLIAM SHINE, SUZANNE SCOTT,<br>DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>     Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>**NOTICE OF MOTION**<br>**TO REMAND**<br><br>New York County Supreme Court<br>Index No. 156936/2019 |

  PLEASE TAKE NOTICE, that Petitioner Andrea Tantaros respectfully moves the Court before the Hon. Andrew L. Carter, Jr., United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, New York 10007 for an Order pursuant to 28 U.S.C. 1447(c) remanding this action to the Supreme Court of the State of New York, New York County.

  PLEASE TAKE FURTHER NOTICE, that in support of her motion, Petitioner Andrea Tantaros will rely upon the accompanying Memorandum of Law.

  PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 6.1(b), Respondents' answering papers are due within fourteen days after service of the moving papers, and Petitioner's reply is due within seven days after service of the answering papers.

     **The Next Page is the Signature Page**

Dated: New York, New York
August 5, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Demet Basar
Demet Basar
Daniel Tepper
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
basar@whafh.com
tepper@whafh.com

FEIN & DELVALLE, PLLC
Bruce Fein (*pro hac vice motion forthcoming*)
300 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-465-8727
bruce@feinpoints.com

*Counsel to Petitioner, Andrea Tantaros*

805620