USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>      Petitioner,<br><br>-against-<br><br>FOX NEWS CHANNEL, LLC, ET AL.,<br><br>      Respondents. | 19-cv-7131 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Telephone Conference held by the Court on August 5, 2019, the Parties are hereby **ORDERED** to proceed in accordance with the following briefing schedule:

| | |
|---|---|
| **Plaintiff's Supplemental Memorandum:** | August 12, 2019 |
| **Defendants' Response:** | September 3, 2019 |
| **Plaintiff's Reply (if any):** | September 6, 2019 |

Further, the Parties are hereby **ORDERED** to appear, in person, for a Status Conference in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on October 2, 2019 at 2:00 p.m.

All pending deadlines to answer Plaintiff's Petition are hereby **STAYED**.

**SO ORDERED.**

Dated:    August 5, 2019
      New York, New York

                  _____
                  ANDREW L. CARTER, JR.
                  United States District Judge