UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                    Petitioner,<br><br>   -against-<br><br>FOX NEWS NETWORK, LLC,<br>THE ESTATE OF ROGER AILES,<br>WILLIAM SHINE, SUZANNE SCOTT,<br>DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>                    Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>New York County Supreme Court<br>Index No. 156936/2019<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of Bruce Fein in support of this motion and the Certificate of Good Standing annexed thereto, Petitioner Andrea Tantaros will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Bruce Fein, a member of the firm of Fein & DelValle, PLLC, and a member in good standing of the Bars of the District of Columbia, the U.S. Court of Appeals for the District of Columbia, the Fourth Circuit, the Eighth Circuit and the Ninth Circuit, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Petitioner Andrea Tantaros.

Dated: New York, New York
          August 6, 2019

                                                            **FEIN & DELVALLE, PLLC**

                                                            s/ Bruce Fein          
                                                            Bruce Fein
                                                            300 New Jersey Avenue NW
                                                            Washington, DC 20001
                                                            Tel.: 202-465-8727
                                                            bruce@feinpoints.com

                                                            *Counsel to Petitioner, Andrea Tantaros*