UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC,<br>THE ESTATE OF ROGER AILES,<br>WILLIAM SHINE, SUZANNE SCOTT,<br>DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>                Respondents. | Case No. 1:19-cv-07131-ALC-RWL<br><br>New York County Supreme Court<br>Index No. 156936/2019<br><br>**AFFIDAVIT OF BRUCE FEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

CITY OF WASHINGTON    )
                                        ) ss.:
DISTRICT OF COLUMBIA   )

BRUCE FEIN, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm Fein & DelValle, PLLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Petitioner Andrea Tantaros.

Bruce Fein
FEIN & DELVALLE, PLLC
300 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-465-8727
bruce@feinpoints.com

Sworn to before this 5th day of August, 2019

_____
Notary Public

District of Columbia: SS

Sworn to and subscribed before me on the 5th day of August, 2019

_____
Notary Public's Signature
My Commission Expires 5/14/21

805630

2