USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/7/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA TANTAROS,

        Petitioner,

-against-

FOX NEWS NETWORK, LLC,
THE ESTATE OF ROGER AILES,
WILLIAM SHINE, SUZANNE SCOTT,
DIANNE BRANDI, and ANDREA BRIGANTI,

        Respondents.

Case No. 1:19-cv-07131-ALC-RWL

New York County Supreme Court
Index No. 156936/2019

**ORDER GRANTING MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

---

The motion to admit counsel *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Bruce Fein, is permitted to argue or try this particular case in whole or in part as counsel for Petitioner Andrea Tantaros.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above-listed case will be made on the roll of attorneys.

*[Signature]*
Hon. Andrew L. Carter, Jr.
United States District Judge
August 7, 2019

805630