UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                Plaintiff,<br>     v.<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>                Defendants. | Case No. 1:19-cv-07131 (ALC)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Peter E. Calamari of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant The Estate of Roger Ailes in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York
          August 15, 2019

                                                  By:  /s/ *Peter E. Calamari*
                                                               Peter E. Calamari
                                                               petercalamari@quinnemanuel.com
                                                               QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                               51 Madison Avenue
                                                               New York, NY 10010
                                                               Tel:  (212) 849-7171
                                                               Fax:  (212) 849-7100

                                                               *Attorneys for Defendant the Estate of Roger Ailes*