UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>    Plaintiff,<br> v.<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>    Defendants. | Case No. 1:19-cv-07131 (ALC)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Kimberly E. Carson of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant The Estate of Roger Ailes in the above-captioned matter.

  I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
   August 15, 2019

               By: /s/ *Kimberly E. Carson*
                  Kimberly E. Carson
                  kimberlycarson@quinnemanuel.com
                  QUINN EMANUEL URQUHART & SULLIVAN, LLP
                  51 Madison Avenue
                  New York, NY 10010
                  Tel: (212) 849-7309
                  Fax: (212) 849-7100

                  *Attorneys for Defendant the Estate of Roger Ailes*