UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>    Plaintiff,<br>  v.<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>    Defendants. | Case No. 1:19-cv-07131 (ALC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Brendan T. Carroll of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant The Estate of Roger Ailes in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
   August 15, 2019

            By: /s/ *Brendan T. Carroll*
               Brendan T. Carroll
               brendancarroll@quinnemanuel.com
               QUINN EMANUEL URQUHART & SULLIVAN, LLP
               51 Madison Avenue
               New York, NY 10010
               Tel:  (212) 849-7149
               Fax:  (212) 849-7100

               *Attorneys for Defendant the Estate of Roger Ailes*