# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK 10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

MARION J. BACHRACH
DIRECT DIAL: (212) 751-3341
EMAIL: Marion.Bachrach@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY

September 3, 2019

**By ECF and Email**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Tantaros v. Fox News Network, LLC et al*: 19 CV 7131 (ALC)

Dear Judge Carter:

      We represent William J. Shine, one of the individual Counterclaim-Respondents sued by Andrea Tantaros in the pending arbitration that underlies the Petition filed by Ms. Tantaros in state court and the Notice of Removal filed by the Fox News Network, LLC, Suzanne Scott, Dianne Brandi and Irena Briganti ("the Fox Parties") in which Mr. Shine joined.

      We write to advise the Court that Mr. Shine joins in the Memorandum of Law (ECF No. 19) submitted by Jones Day on behalf of the Fox Parties in support of the Notice of Removal and in opposition to Ms. Tantaros' Motion to Remand.

      Pursuant to the Court's Individual Practice Rules, we are not only filing this letter electronically on Pacer, we are also sending a copy by email to the Court with copies to all counsel.

Respectfully submitted,

*Marion Bachrach*

Marion Bachrach