```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA TANTAROS,

                    Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                    Respondents.

19-cv-7131 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Status Conference currently scheduled for October 2, 2019 at 2:00 p.m. is hereby **ADJOURNED**. The Parties are hereby **ORDERED** to appear, in person, for a Status Conference in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on October 10, 2019 at 3:00 p.m.

All pending deadlines to answer Plaintiff's Petition are hereby **STAYED**.

**SO ORDERED.**

Dated:     September 16, 2019
               New York, New York

                                                                **ANDREW L. CARTER, JR.**
                                                                  United States District Judge