USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA TANTAROS,

                  Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                  Respondents.

19-cv-7131 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that certain Parties are unavailable on October 10, 2019 at 3:00 p.m. for a Status Conference, the Parties are hereby **ORDERED** to confer with each other and provide the Court with an appropriate date and time for a Status Conference from following list:

    October 8, 2019 at 3:00 p.m.

    October 16, 2019 at 1:30 p.m.

    October 17, 2019 at 1:00 p.m.

    October 22, 2019 at 11:00 p.m.

The Parties are hereby **ORDERED** to submit a Joint Status Report on or before September 30, 2019 indicating an appropriate date and time.

**SO ORDERED.**

Dated:    September 18, 2019
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                United States District Judge