UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS, | Case No. 1:19-cv-07131-ALC-RWL |
| Petitioner, | New York County Supreme Court Index No. 156936/2019 |
| -against- | |
| FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and ANDREA BRIGANTI, | |
| Respondents. | |

**JOINT STATUS REPORT**
**CONCERNING ADJOURNED DATE FOR STATUS CONFERENCE**

As directed by the Order of the Court dated September 18, 2019 (ECF 24), the parties

have conferred and are available to appear for a Status Conference on **October 22, 2019 at**

**11:00 AM.**

**\*\*The Next Page is the Signature Page\*\***

1

Dated: New York, New York
September 20, 2019

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

*/s/ Demet Basar*
Demet Basar
Daniel Tepper
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
basar@whafh.com
tepper@whafh.com

FEIN & DELVALLE, PLLC
Bruce Fein (*admitted pro hac vice*)
300 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 465-8727
bruce@feinpoints.com

*Counsel to Petitioner, Andrea Tantaros*

806255

Dated:  September 20, 2019

**JONES DAY**

*/s/ Matthew W. Lampe*

Matthew W. Lampe
Kristina A. Yost
Stefan M. McDaniel
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7309
mwlampe@jonesday.com
kyost@jonesday.com
smmcdaniel@jonesday.com

*Counsel for Respondents Fox News Network, LLC, Dianne Brandi, Irena Briganti and Suzanne Scott*

**THOMPSON & KNIGHT LLP**

*/s/ Marion Bachrach*

Marion Bachrach
900 Third Avenue, 20th Floor
New York, New York 10022
Tel.: (212) 751-3341
marion.bachrach@tklaw.com

*Counsel for Counterclaim-Respondent, William Shine*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Peter E. Calamari*

Peter Calamari
Kimberly Carson
Brendan Carroll
51 Madison Avenue, 22nd Floor
New York, New York 10016
Tel:  (212) 849-7000
petercalamari@quinnemanuel.com
kimberlycarson@quinnemanuel.com
brendancarroll@quinnemanuel.com
51 Madison Avenue, 22nd Floor

New York, New York 10016

*Attorneys for Petitioner, the Estate of Roger Ailes*