USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>Petitioner,<br><br>-against-<br><br>FOX NEWS CHANNEL, LLC, ET AL.,<br><br>Respondents. | 19-cv-7131 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Joint Status Report from the Parties dated September 20, 2019. ECF No. 25. The Status Conference currently scheduled for October 10, 2019 at 3:00 p.m. is hereby **ADJOURNED**.

The Parties are hereby **ORDERED** to appear, in person, for a Status Conference in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on October 22, 2019 at 11:00 a.m.

**SO ORDERED.**

Dated:      **September 20, 2019**
            **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**