USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                              Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, ET AL.,<br><br>                              Respondents. | 19-cv-7131 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference previously scheduled for October 22, 2019 at 11:00 a.m. is hereby **ADJOURNED** to **November 5, 2019 at 2:00 p.m**. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated:     October 18, 2019
           New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge