# Fein & DelValle, PLLC

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
Tele: 202.465.8727
Fax: 202.347.0130

*Bruce E. Fein, Esquire*  *Email:* bruce@feinpoints.com
*W. Bruce DelValle, Esquire*  brucedelvalle@gmail.com

October 23, 2019

**By ECF**

Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Tantaros v. Fox News Network, LLC, et al.* / Case No. 19-7131

Dear Judge Carter:

Counsel to Petitioner, Andrea Tantaros, wishes to bring to the Court's attention as relevant to the above-referenced case the October 22, 2019 Order of the United States Supreme Court denying a stay of the decision of the United States District Court for the District of Maryland which granted a motion to remand a case improperly removed pursuant to 28 U.S.C. 1441(a) based on alleged federal preemption of a state cause of action. Both the Order of the United States Supreme Court and the District Court's decision are attached for your convenience.

Respectfully submitted,

*/s/ Bruce Fein*

Bruce Fein
Counsel for Petitioner, Andrea Tantaros

Encl.

cc: All counsel via ECF