(ORDER LIST: 589 U.S.)

TUESDAY, OCTOBER 22, 2019

ORDER IN PENDING CASE

19A368     BP P.L.C., ET AL. V. MAYOR AND CITY COUNCIL BALTIMORE

    The application for stay presented to The Chief Justice and by him referred to the Court is denied. Justice Alito took no part in the consideration or decision of this application.