USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/29/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA TANTAROS,

                Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                Respondents.

19-cv-7131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' Letters regarding the Status Conference scheduled for November 5, 2019 at 2:00 p.m. ECF Nos. 31, 32. That Status Conference is hereby **ADJOURNED**. The Parties are hereby **ORDERED** to appear, in person, for a Status Conference in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on **November 19, 2019 at 3:00 p.m.**

**SO ORDERED.**

Dated:    October 29, 2019
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**