USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>       Petitioner,<br><br>-against-<br><br>FOX NEWS CHANNEL, LLC, ET AL.,<br><br>       Respondents. | 19-cv-7131 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court previously scheduled a Status Conference for **November 19, 2019 at 3:00 p.m.** ECF No. 30. The Court hereby informs the Parties that it will hear oral argument on Plaintiff's motion to remand at the date and time specified above. Each side will have fifteen minutes to argue beginning with the Plaintiff. Plaintiff will also have seven minutes for a reply.

**SO ORDERED.**

Dated:  November 14, 2019
     New York, New York

                     _____
                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**