USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA TANTAROS,

                Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                Respondents.

19-cv-7131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court previously scheduled oral argument for the Status Conference to be held on November 19, 2019. ECF No. 36. The Court hereby informs Parties that, while they are free to address other issues, the Court would like Parties to focus argument on whether this Court has subject matter jurisdiction over the state-law claims in this case. Specifically, the Parties should address whether the federal issues in this case are "necessarily raised," *Gunn v. Minton*, 568 U.S. 251, 258 (2013), and whether Defendants' arguments regarding preemption independently support federal question jurisdiction, *see Beneficial Nat. Bank v. Anderson*, 539 U.S. 1, 6–8 (2003). The Parties may also wish to address whether abstention is appropriate under the doctrine outlined in *Railroad Commission of Texas v. Pullman Co.*, 312 U.S. 496 (1941).

**SO ORDERED.**

Dated:    **November 15, 2019**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**