UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>      Petitioner,<br><br>-against-<br><br>FOX NEWS CHANNEL, LLC, ET AL.,<br><br>      Respondents. | 19-cv-7131 (ALC)<br><br>__ORDER__ |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Parties are hereby **ORDERED** to submit a Joint Status Report on or before December 20, 2019 indicating how they would like to proceed in this case. Specifically, the Parties should provide the Court with a proposed briefing schedule for any motions, including motions to compel arbitration, that they intend to file.

**SO ORDERED.**

Dated:  December 17, 2019
      New York, New York

                               _____
                               ANDREW L. CARTER, JR.
                               United States District Judge