# Fein & DelValle, PLLC

300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
Tele: 202.465.8727
Fax: 202.347.0130

*Bruce E. Fein, Esquire*                                          *Email: bruce@feinpoints.com*
*W. Bruce DelValle, Esquire*                                          *brucedelvalle@gmail.com*

December 26, 2019

Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *Tantaros v. Fox News Network, LLC, et al.* / Case No. 19-7131

Dear Judge Carter:

     I am counsel to Petitioner, Andrea Tantaros, in the above-referenced action. I write on behalf of all of the parties pursuant to Rule 1(D) of Your Honor's Individual Rules of Practice to jointly request that the deadline to submit a Joint Status Report currently set for December 27, 2019 be extended until January 7, 2020. This is the parties' first request for an adjournment of this deadline.

     The Court issued an Order on December 20, 2019 (ECF41) directing the parties to submit the foregoing report indicating how they would like to proceed with the case including a proposed briefing schedule for any anticipated motions. In light of the holidays and pre-planned family vacations, the parties need additional time to adequately confer and negotiate the foregoing. The parties respectfully submit that no prejudice will result if the requested adjournment is granted.

     Respectfully submitted,

     /S/ *Bruce Fein*

     Bruce Fein