USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>Petitioner,<br><br>-against-<br><br>FOX NEWS CHANNEL, LLC, ET AL.,<br><br>Respondents. | 19-cv-7131 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status report submitted on January 7, 2020. ECF No. 45. In the interest of efficiency, the Court will first address Petitioner's motion for an order authorizing interlocutory review of the Court's Order denying Petitioner's motion to remand (ECF No. 40). Accordingly, Respondents' request for leave to file motion(s) to dismiss and/or strike is hereby **DENIED** and Petitioner's request for leave to file a motion for an order authorizing interlocutory review of the Court's Order denying the Motion to Remand is **GRANTED**. The Parties should brief this motion in accordance with the scheduled proposed in the joint status report (ECF No. 45).

SO ORDERED.

Dated:   January 10, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge