UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                Petitioner,<br><br>  -against-<br><br>FOX NEWS NETWORK, LLC,<br>THE ESTATE OF ROGER AILES,<br>WILLIAM SHINE, SUZANNE SCOTT,<br>DIANNE BRANDI, and ANDREA BRIGANTI,<br><br>                Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

**NOTICE OF MOTION TO CERTIFY
THE COURT'S ORDER DENYING REMAND
FOR INTERLOCUTORY REVIEW PURSUANT TO 27 U.S.C. § 1292(b)**

PLEASE TAKE NOTICE, that Petitioner Andrea Tantaros respectfully moves the Court before the Hon. Andrew L. Carter, Jr., United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, New York 10007 for an Order pursuant to 28 U.S.C. § 1292(b) certifying for interlocutory review its December 17, 2019 Opinion & Order (ECF 40) denying Petitioner's motion to remand.

PLEASE TAKE FURTHER NOTICE, that in support of her motion, Petitioner Andrea Tantaros will rely upon the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE, that pursuant to the parties' joint status report (ECF 45) and Court's Order dated January 10, 2020 (ECF 46), Respondents' answering papers are due on March 9, 2020 and Petitioners' reply papers are due on March 24, 2020.

**The Next Page is the Signature Page**

Dated: New York, New York
February 6, 2020

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Daniel Tepper
Demet Basar
Daniel Tepper
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
basar@whafh.com
tepper@whafh.com

FEIN & DELVALLE, PLLC
Bruce Fein (*pro hac vice motion forthcoming*)
300 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-465-8727
bruce@feinpoints.com

*Counsel to Petitioner, Andrea Tantaros*

807987