# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK  10022
212 751 3001
FAX 212 751 3113
www.tklaw.com

MARION J BACHRACH
DIRECT DIAL  (212) 751-3341
EMAIL  Marion.Bachrach@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY

March 9, 2020

**FILING BY ECF AND COURTESY COPY BY E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

Re:   *Tantaros v. Fox News Network, LLC et al.*, **19 CV 7131 (ALC)**

Dear Judge Carter:

We represent Respondent William Shine in the above-referenced case. We write to advise the Court that Mr. Shine joins in the Memorandum of Law submitted by Jones Day on behalf of the Fox Defendants in Opposition to Ms. Tantaros' Motion to Certify for Interlocutory Appeal this Court's Order Denying Remand.

Respectfully submitted,

Marion Bachrach

cc:   ECF recipients