**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7171**

WRITER'S EMAIL ADDRESS
**petercalamari@quinnemanuel.com**

March 9, 2020

<u>VIA ECF</u>

Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>*Andrea Tantaros v. Fox News Network, LLC*</u>, 19 Civ. 07131

Dear Judge Carter:

    We represent the Estate of Roger Ailes (the "Estate"), an individual Counterclaim-Respondent in the underlying arbitration. We write to advise the Court that the Estate joins in the memorandum of law filed today by the Fox Parties in opposition to the Motion for Certificate of Appealability filed by Petitioner, Andrea Tantaros.

Respectfully,

*/s/ Peter E. Calamari*

Peter E. Calamari, Esq.

PEC

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART