UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>            Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>           Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

**MOTION TO WITHDRAW COUNSEL FOR PETITIONER**

Petitioner Andrea Tantaros hereby moves this Court for an Order withdrawing Daniel Tepper as counsel of record.

After March 13, 2020, attorney Daniel Tepper will no longer be with the firm Wolf Haldenstein Adler Freeman & Herz LLP.  Petitioner Andrea Tantaros will continue to be represented by Demet Basar of Wolf Haldenstein Adler Freeman & Herz LLP and Bruce Fein of Fein & DelValle PLLC.  Accordingly, no parties would be prejudiced if the motion is granted.

Dated: New York, New York
        March 13, 2020

                                            **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                                            /s/ Daniel Tepper
                                            Daniel Tepper
                                            270 Madison Avenue
                                            New York, New York 10016
                                            Tel.: (212) 545-4600
                                            Fax: (212) 686-0114
                                            tepper@whafh.com

                                            *Counsel to Petitioner Andrea Tantaros*