UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>　　　　Petitioner,<br><br>　-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>　　　　Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

**[PROPOSED] ORDER TO WITHDRAW COUNSEL FOR PETITIONER**

Petitioner Andrea Tantaros has made a Motion to Withdraw Daniel Tepper as counsel of record. She will continue to be represented by Demet Basar of Wolf Haldenstein Adler Freeman & Herz LLP and Bruce Fein of Fein & DelValle PLLC.

The Motion is granted.

**SO ORDERED.**


Dated: _____    _____
　　　　　　　　　　　　　　　　　Hon. Andrew L. Carter, Jr.
　　　　　　　　　　　　　　　　　United Stated District Judge

/808373