USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: __3/19/20__

ANDREA TANTAROS,

        Petitioner,

-against-

FOX NEWS NETWORK, LLC, THE ESTATE
OF ROGER AILES, WILLIAM SHINE,
SUZANNE SCOTT, DIANNE BRANDI, and
IRENA BRIGANTI,

        Respondents.

Case No. 1:19-cv-07131-ALC-RWL

**ORDER TO WITHDRAW COUNSEL FOR PETITIONER**

Petitioner Andrea Tantaros has made a Motion to Withdraw Daniel Tepper as counsel of record.  She will continue to be represented by Demet Basar of Wolf Haldenstein Adler Freeman & Herz LLP and Bruce Fein of Fein & DelValle PLLC.

The Motion is granted.

**SO ORDERED.**

Dated: __March 19, 2020__

_____
Hon. Andrew L. Carter, Jr.
United Stated District Judge