UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/27/2020

ANDREA TANTAROS,

                              Petitioner,

-against-

FOX NEWS CHANNEL, LLC, ET AL.,

                              Respondents.

19-cv-7131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' briefing on Petitioner's motion for a certificate of appealability. *See* ECF Nos. 47–48, 51, 56. Respondents previously requested leave to file a motion to dismiss and indicated in their briefing that they intend to file a motion to dismiss. Respondents are hereby **GRANTED** leave to file their motion to dismiss. The Court will consider Respondents' motion to dismiss and Petitioner's motion for a certificate of appealability together. The Parties should proceed in accordance with the following briefing schedule:

| | |
|---|---|
| **Respondents' Moving Brief:** | May 22, 2020 |
| **Petitioner's Opposition:** | June 12, 2020 |
| **Respondents' Reply:** | June 26, 2020 |

**SO ORDERED.**

**Dated:**    **April 27, 2020**
            **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**