UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>             Petitioner,<br><br>   -against-<br><br>FOX NEWS NETWORK, LLC., WILLIAM SHINE, THE ESTATE OF ROGER AILES, SUZANNE SCOTT, IRENA BRIGANTI, AND DIANNE BRANDI,<br><br>             Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

### RESPONDENTS' FOX NEWS NETWORK, LLC'S, DIANNE BRANDI'S, IRENA BRIGANTI'S AND SUZANNE SCOTT'S NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Petition for Injunctive Relief and Declaratory Judgment, Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi and Irena Briganti, by and through their undersigned counsel, will and hereby do move this Court, before the Honorable Andrew L. Carter, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY at such date and time as the Court shall designate, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Petition in its entirety, with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order of April 27, 2020 (ECF No. 57) Petitioner's Opposition brief is due on June 12, 2020 and Respondents' Reply brief is due on June 26, 2020.

May 22, 2020                                    Respectfully submitted,

/s/ Matthew W. Lampe
Matthew W. Lampe
Kristina A. Yost
Stefan M. McDaniel
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Phone: (212) 326-8386
Fax: (212) 755-7306
mwlampe@jonesday.com
kyost@jonesday.com
smmcdaniel@jonesday.com

*Attorneys for Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti*