# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

MARION BACHRACH
DIRECT DIAL: 212.751.3341
EMAIL: Marion.Bachrach@tklaw.com

900 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 22, 2020

**FILING BY ECF AND COURTESY COPY BY E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Tantaros v. Fox News Network, LLC, et al.*, Case No. 19-cv-7131-ALC

Dear Judge Carter:

We represent Respondent William J. Shine in the above-referenced case. We write to advise the Court that Mr. Shine joins in the Motion to Dismiss and accompanying Memorandum of Law submitted by Jones Day on behalf of Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti.

                          Respectfully submitted,

                          */s/ Marion Bachrach*

                          Marion Bachrach

cc:    ECF Recipients