UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANDREA TANTAROS, | : |
| Petitioner, | : 19-cv-7131 (ALC) |
| v. | : |
| FOX NEWS CHANNEL, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI, | : |
| Respondents. | : |

---

## THE ESTATE OF ROGER AILES'S NOTICE OF MOTION TO DISMISS THE PETITION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Peter E. Calamari, Respondent the Estate of Roger Ailes will move this Court for an order dismissing the Petition.

Dated: May 22, 2020
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Peter Calamari
Peter Calamari
Kimberly E. Carson
Brendan Carroll
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
petercalamari@quinnemanuel.com
kimberlycarson@quinnemanuel.com
brendancarroll@quinnemanuel.com

*Attorneys for the Estate of Roger Ailes*