# Exhibit 2

IN THE CIRCUIT COURT FOR  Palm Beach          COUNTY, FLORIDA

IN RE: ESTATE OF

Roger Ailes

PROBATE DIVISION

File No.  2017-CP-003091

Division  _____

Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

     WHEREAS,  Roger Ailes _____

_____ ,

a resident of  Palm Beach County, Florida _____

_____

died on  May 18th, 2017 _____ , owning assets in the State of Florida, and

     WHEREAS,  Elizabeth Ailes _____

_____

_____

has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

     NOW, THEREFORE, I, the undersigned circuit judge, declare  Elizabeth Ailes _____

_____

_____

duly qualified under the laws of the State of Florida to act as personal representative of the estate of Roger Ailes _____

_____ , deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

     ORDERED on  July 27 , 2017 .

_____
Circuit Judge

FILED

JUL 27 2017

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

Bar Form No. P-3.0700
January 1, 2017          d/s

