# Exhibit 10

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY FLORIDA

IN RE: ESTATE OF ROGER AILES,           PROBATE DIVISION
                                        CASE NO. 50-2017-CP-003091-MB
    Deceased.                           SECTION NO.:
_____/

ANDREA TANTARO,

    Appellant/Claimant

v.

ELIZABETH A. AILES, as Personal Representative
of the Estate of Roger Ailes

    Appellee/Personal Representative
_____/

## NOTICE OF APPEAL OF FINAL ORDER

NOTICE IS GIVEN, pursuant to Fla. R. App. P. 9.170(b)(18), that Claimant, ANDREA TANTARO, appeals to Florida's Fourth District Court of Appeal, this Court's March 8, 2018 Order striking as untimely Andrea Tantaros' Claim filed on January 31, 2018 and Amended Claim filed on February 21, 2018 . A copy of the Order is attached hereto as **Exhibit "A."**

        Respectfully submitted,

        **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
        Counsel for Claimant, Andrea Tantaro
        201 S. Biscayne Boulevard
        Twenty Seventh Floor
        Miami, Florida 33131

By: _/s Bruce A. Katzen_____
        Bruce A. Katzen, Esq.
        Fla. Bar No.: 435627
        bkatzen@klugerkaplan.com
        cfalla@klugerkaplan.com

3482392.1

CASE NO. 50-2017-CP-003091-MB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida Courts E-Filing Portal and via email on this 6th day of April, 2018 on:

**Paul Anthony Baldovin**
Attorney for Personal Representative
Elizabeth A. Ailes
pbaldovin@hodgsonruss.com
Hodgson Russ LLP
440 Royal Palm Way Ste 202
Palm Beach, FL 33480-4142

By: */s/ Bruce A. Katzen*
     **BRUCE A. KATZEN**

NOT A CERTIFIED COPY

# EXHIBIT A

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA PROBATE DIVISION

IN RE: ESTATE OF

                      File No. 502017CP003091
                                  XXXXMB

ROGER AILES,

                      Division IB

    Deceased.

### ORDER STRIKING CLAIM AND AMENDED CLAIM

On the petitions of Elizabeth A. Ailes, Personal Representative of the above estate for (i) an order striking the untimely filed claim of ANDREA TANTAROS (filed January 31, 2018) and (ii) the untimely filed amended claim of ANDREA TANTAROS (filed February 21, 2018), it appearing to the Court that all interested persons have been served proper notice of the petitions, and the Court being otherwise fully advised, it is

ADJUDGED that the claim of ANDREA TANTAROS filed on January 31, 2018 and the amended claim of ANDREA TANTAROS filed on February 21, 2018 are stricken.

ORDERED on ____March 5_____, 2018.

                                                 _____
                                                 Circuit Judge

NOT A CERTIFIED COPY