UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>    Petitioner,<br><br> -against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>    Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

## MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

Pursuant to Local Civil Rule 1.4, Demet Basar hereby moves this Court for an Order permitting her to withdraw as counsel of record for Petitioner Andrea Tantaros.

Demet Basar, formerly a partner at the firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf"), has left Wolf and joined the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. Petitioner Andrea Tantaros will continue to be represented by Bruce Fein of Fein & DelValle PLLC. Accordingly, no parties would be prejudiced if the motion is granted.

Dated: May 27, 2020    Respectfully submitted,

              */s/ Demet Basar*
              **DEMET BASAR**
              **BEASLEY, ALLEN, CROW,**
              **METHVIN, PORTIS & MILES, P.C.**
              218 Commerce Street
              Montgomery, AL  36104
              Telephone: 334-269-2343
              Fax: 334-954-7555
              Demet.Basar@Beasleyallen.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, a true and correct copy of the foregoing document was electronically filed and served via the court's electronic notification system.

> */s/ Demet Basar*
> **DEMET BASAR**