# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS<br><br>Petitioner,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI,<br><br>Respondents. | Case No. 1:19-cv-07131-ALC-RWL |

## (PROPOSED) ORDER TO WITHDRAW COUNSEL FOR PETITIONER

Demet Basar has made a Motion to withdraw as counsel of record for Petitioner Andrea Tantaros. Ms. Tantaros will continue to be represented by Bruce Fein of Fein & DelValle PLLC.

The Motion is granted.

SO ORDERED.

Dated: _____  _____
                                                                                           Hon. Andrew L. Carter, Jr.
                                                                                           United Stated District Judge