USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDREA TANTAROS,** | |
| Petitioner, | **19-cv-7131 (ALC)** |
| -against- | **ORDER** |
| **FOX NEWS CHANNEL, LLC, ET AL.,** | |
| Respondents. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's motion to stay the Court's April 27, 2020 scheduling order. ECF No. 58. Respondents are hereby **ORDERED** to respond to Petitioner's motion on or before **June 4, 2020**.

**SO ORDERED.**

**Dated:** **June 2, 2020**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**