```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANDREA TANTAROS,**

                              Petitioner,

-against-

**FOX NEWS CHANNEL, LLC, ET AL.,**

                              Respondents.

**19-cv-7131 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' Letters regarding Petitioner's motion to stay. ECF Nos. 67–70. The Parties are hereby **ORDERED** to appear, via telephone, for a conference regarding Petitioner's motion to stay on **June 8, 2020 at 3:00 p.m.** The Parties should contact the Court at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **June 5, 2020**
               **New York, New York**

                                               _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**