Case 1:19-cv-07131-ALC Document 176 Filed 10/06/20 Page 1 of 2

S.D.N.Y. – N.Y.C.
19-cv-7131
Carter, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty.

Present:
    Barrington D. Parker,
    Denny Chin,
        *Circuit Judges*,
    Jane A. Restani,*
        *Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020

In re Andrea K. Tantaros,

        *Petitioner.*

20-1606

Andrea K. Tantaros,

        *Petitioner*,

    v.

20-1812

Fox News Network, LLC, et al.,

        *Respondents*.

The proceedings docketed under 20-1606 and 20-1812 are consolidated for purposes of this order.

In the proceeding docketed under 20-1812, Petitioner requests, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. In the proceeding docketed under 20-1606, Petitioner requests a writ of mandamus and moves for a stay of district court proceedings.

---

* Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.

Upon due consideration, it is hereby ORDERED that the petition for immediate appeal under § 1292(b) is GRANTED.  See *Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990).  It is further ORDERED that the mandamus petition and the stay motion are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit