```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/13/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANDREA TANTAROS,**

                                  **Petitioner,**

-against-

**FOX NEWS CHANNEL, LLC, ET AL.,**

                                  **Respondents.**

**19-cv-7131 (ALC)**

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

        On May 22, 2020, Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, Irena Briganti and the Estate of Roger Ailes filed motions to dismiss the petition. ECF Nos. 59, 62. Petitioner had previously filed a Motion to Certify the Court's Order Denying Remand for Interlocutory Review Pursuant to 27 U.S.C. § 1292(b), ECF No. 47, which this Court granted, ECF No. 72. On October 6, 2020, the Second Circuit granted the petition for immediate appeal under § 1292(b). ECF No. 76.

        Respondents are hereby **ORDERED TO SHOW CAUSE** in writing no later than October 27, 2020, why these Motions to Dismiss should not be denied without prejudice pending the Second Circuit's decision.

**SO ORDERED.**

**Dated:    October 13, 2020**
                **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**