USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/19/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANDREA TANTAROS,**

                               **Petitioner,**

-against-

**FOX NEWS CHANNEL, LLC, ET AL.,**

                               **Respondents.**

**19-cv-7131 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

This Court is in receipt of Petitioner's letter filed on October 15, 2020 requesting clarification of the Court's Order to Show Cause. ECF No. 78.

Respondents' motions to dismiss are currently stayed pending the Second Circuit's decision on Petitioner's interlocutory appeal. ECF No. 72. The Order to Show Cause issued by this Court gives the parties an opportunity to brief whether Respondents' motions to dismiss should remain stayed, or whether they should be dismissed without prejudice to refile once the Second Circuit has resolved Petitioner's interlocutory appeal.

Petitioner is hereby ORDERED to file a reply, if any, to Respondents' response to the Order to Show Cause on or before November 3, 2020.

**SO ORDERED.**

**Dated:**     **October 19, 2020**
               **New York, New York**

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**