```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/09/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **ANDREA TANTAROS,**

                            **Petitioner,**      **1:19-cv-07131 (ALC)**

            **-against-**                                **ORDER**

   **FOX NEWS NETWORK, LLC, ET AL.,**

                            **Respondents.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' responses to this Court's Order to Show Cause issued on October 13, 2020. ECF Nos. 82-83.

       Plaintiff requests that Defendants' pending motions to dismiss not be withdrawn. ECF No. 83. By no later than November 23, 2020, Plaintiff shall provide the Court with authority to support its request.

**SO ORDERED.**

**Dated:  November 9, 2020**
         **New York, New York**                                      **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**