USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ANDREA TANTAROS,

                        Petitioner,        1:19-cv-07131 (ALC)

      -against-                        **ORDER**

FOX NEWS NETWORK, LLC, ET AL.,

                      Respondents.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' responses to this Court's Order to Show Cause issued on October 13, 2020. ECF Nos. 82-83. The Court is also in receipt of Petitioner's response to this Court's Order to Show Cause issued on November 9, 2020. ECF No. 85.

Accordingly, the Court hereby DENIES Respondents' pending motions to dismiss without prejudice to refile once the Second Circuit has resolved Petitioner's interlocutory appeal.

The Clerk of Court is directed to terminate ECF Nos. 59 and 62.

**SO ORDERED.**

Dated: November 18, 2020
       New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**