**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

   **ANDREA TANTAROS,**

                             Petitioner,          **1:19-cv-07131 (ALC)**

             **-against-**                                    **ORDER**

   **FOX NEWS NETWORK, LLC, ET AL.,**

                             **Respondents.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of the Second Circuit's decision on Petitioner's interlocutory appeal, the parties are hereby ORDERED to submit a joint status report, including proposed next steps, by no later than September 8, 2021. Accordingly, the stay on this case is hereby lifted.

**SO ORDERED.**

**Dated: September 1, 2021**
       **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**