

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018

Tel: +1 212 626 4100
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe
Advogados

September 08, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Judge, U.S. District Court, Southern District of
New York Thurgood Marshall, U.S. Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007

*Re:*    Tantaros v. Fox News Network, LLC et al., 1:19-cv-07131-ALC-RWL

Dear Judge Carter,

We represent Respondents Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti (collectively, the "Fox Parties"). Pursuant to Your Honor's September 1, 2021 Order (Dkt. 41), the Fox Parties, Respondents the Estate of Roger Ailes (the "Ailes Estate") and William Shine ("Shine") (together with the Fox Parties and the Ailes Estate, the "Respondents") and Petitioner Andrea Tantaros ("Tantaros" or "Petitioner") jointly submit this status report and proposed briefing schedule.

As the Court is aware, before Petitioner's Motion for Interlocutory Appeal was granted, Respondents filed Motions to Dismiss Petitioner's Petition (Dkt. 59 & 62). On November 18, 2020, the Court denied those Motions "without prejudice to refile once the Second Circuit has resolved Petitioner's interlocutory appeal." (Dkt. 86). On August 27, 2021, the Second Circuit affirmed this Court's December 17, 2019 Order denying Petitioner's Motion to Remand to State Court (Dkt. 40). However, the Second Circuit has not yet issued its mandate pursuant to Rule 41 of the Federal Rules of Appellate Procedure. Petitioner has indicated that they intend to file a Petition for Rehearing En Banc with the Second Circuit.

Baker & McKenzie LLP is a member of Baker & McKenzie International.

Accordingly, the Parties believe that this Court should issue a briefing schedule as soon as possible after the mandate issues and propose the following schedule for briefing on Respondents' renewed Motion(s) to Dismiss:

- Motion(s) due within 5 days of the mandate being issued
- Opposition(s) due 30 days after filing of the Motion(s)
- Reply(ies) due 14 days after filing of the Opposition(s)

The Parties respectfully request that the Court approve the briefing schedule proposed above.

Respectfully submitted,

Paul Evans
Partner
+1 212 626 4336
Paul.Evans@bakermckenzie.com

CC:   All counsel of record (via ECF)

2