```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/9/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANDREA TANTAROS,

             Petitioner,
-against-

FOX NEWS NETWORK, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, AND IRENA BRIGANTI,

             Respondents.

Case No. 1:19-cv-07131-ALC

**ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS FOX NEWS NETWORK, LLC, SUZANNE SCOTT, DIANNE BRANDI, AND IRENA BRIGANTI**

---

Upon consideration of the Notice of Substitution of Counsel for Defendants Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti, filed September 7, 2021 and the Court's consideration of said Notice, it is hereby:

**ORDERED** that the appearances of Matthew W. Lampe and Kristina A. Yost for Defendants Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti are withdrawn and they shall be removed from all service lists pertaining to this action. Defendants Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti will continue to be represented by Paul Evans, who has already entered his appearance in this matter.

Dated: 9/9/2021

                                                    Hon. Andrew L. Carter, Jr.
                                                    United States District Judge