UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x  Case No.: 1:19-cv-7131 (ALC)

ANDREA TANTAROS,

                           Petitioner,

    -against-

FOX NEWS NETWORK, LLC, THE ESTATE OF
ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT,
DIANNE BRANDI, and IRENA BRIGANTI,

                           Respondents.

---------------------------------------------------------------x

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/9/2021

NOTICE IS HEREBY GIVEN THAT, subject to approval by the Court, petitioner ANDREA TANTAROS substitutes Joseph P. Donnelly of Donnelly Stehn, LLP, admitted to practice before this Court, as counsel of record in place of Bruce E. Fein of Fein & Delvalle PLLC.

Contact information for new counsel is as follows:
DONNELLY STEHN, LLP
1035 Park Boulevard, Suite 2C
Massapequa Park, New York 11762
(516) 590-7555
jdonnelly@donnellystehn.com

I consent to the above substitution.

Dated: 9/2/2021

ANDREA TANTAROS
*Petitioner*

I consent to the above substitution.

Dated: 9/2/2021

DONNELLY STEHN, LLP
By Joseph P. Donnelly
*Incoming attorneys*

I consent to the above substitution.

Dated: 9/8/2021

FEIN & DELVALLE PLLC
By Bruce E. Fein
*Outgoing attorneys*

The substitution of attorney is hereby approved and so ORDERED.

Dated: 9/9/2021

ANDREW L. CARTER, JR.
United States District Judge