UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x   Case No.: 1:19-cv-7131 (ALC)
ANDREA TANTAROS,

                            Petitioner,

        -against-

FOX NEWS NETWORK, LLC, THE ESTATE OF
ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT,
DIANNE BRANDI, and IRENA BRIGANTI,

                            Respondents.
------------------------------------------------------------------------------x

### DECLARATION OF JOSEPH P. DONNELLY, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER AND STAYING THIS CASE

I, Joseph P. Donnelly, certify under penalty of perjury that the foregoing is true and correct:

1. I am a partner of Donnelly Stehn, LLP and an attorney admitted to practice in this court.

2. My firm was retained by petitioner Andrea Tantaros to represent her in the above captioned matter.

3. Ms. Tantaros has discharged our firm from further representing her in this matter.

4. Ms. Tantaros informed me that she intends to retain new counsel admitted to practice in the United States Supreme Court to file a Petition for a Writ of Certiorari in the United States Supreme Court to appeal the Second Circuit's decision affirming this Court's December 17, 2019 Order denying Petitioner's motion to remand.

5. There are currently no motions pending before this Court and it is not on the trial calendar.

Dated: October 15, 2021

                                        *Joseph P. Donnelly*
                                        Joseph P. Donnelly
                                        **DONNELLY STEHN, LLP**
                                        1035 Park Boulevard, Suite 2C
                                        Massapequa Park, New York 11762

(516) 590-7555
jdonnelly@donnellystehn.com