UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

**ANDREA TANTAROS,**

                **Petitioner,**

    -against-

**FOX NEWS NETWORK, LLC, ET AL.,**

                **Respondents.**

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/21/21

19-cv-7131 (ALC)

<u>**ORDER GRANTING MOTION TO WITHDRAW**</u>

**ANDREW L. CARTER, JR., District Judge:**

    Joseph P. Donnelly, attorney of record for Petitioner, moved for leave to withdraw as counsel by letter motion dated October 15, 2021. ECF No. 96. Petitioner's counsel has provided the Court with a sufficient basis for withdrawal. Mr. Donnelly is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

    The Court will stay this case until **November 22, 2021** so that Petitioner may secure counsel to represent her before this Court.

**SO ORDERED.**

Dated:    **October 21, 2021**
              **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**