UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA TANTAROS,

                              Petitioner,

-against-

FOX NEWS NETWORK, LLC, ET AL.,

                              Respondents.

19-cv-7131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On September 9, 2021, the Court granted Petitioner's request to substitute counsel. This was petitioner's third request to change representation. *See* ECF Nos. 54, 65. On October 15, 2021, the Court received another withdrawal request, noting that Petitioner had terminated her recently hired counsel. On October 21, 2021, the Court granted the withdrawal request and stayed this action to give Petitioner sufficient time to procure counsel. The stay lifted on November 22, 2021. To date, the Court has not received a notice of appearance from an attorney representing Petitioner in this action. The Court has given Petitioner ample time to obtain counsel. If Petitioner does not retain counsel **by December 6, 2021**, she must proceed *pro se*.

      The Court is in receipt of the Parties' joint letter proposing a briefing schedule for Respondents' renewed motion to dismiss. ECF No. 92. The Parties are directed to adhere to the following schedule:

      Motion to Dismiss:   December 6, 2021
      Opposition:              January 5, 2022
      Reply:                    January 19, 2022

**SO ORDERED.**

**Dated**:   November 23, 2021
               New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**