# Holland & Knight

900 Third Avenue, 20th Floor | New York, NY 10022-4728 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

Marion Bachrach
+1 212-751-3341
Marion.Bachrach@hklaw.com

December 6, 2021

**FILING BY ECF AND COURTESY COPY BY E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Tantaros v. Fox News Network, LLC, et al.*, Case No. 1:19-cv-07131-ALC

Dear Judge Carter:

    We represent Respondent William J. Shine in the above-referenced case. We write to advise the Court that Mr. Shine joins in the Motion to Dismiss and accompanying Memorandum of Law submitted by Baker & McKenzie LLP on behalf of Respondents Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi.

                          Respectfully submitted,

                          HOLLAND & KNIGHT LLP

                          */s/ Marion Bachrach*

                          Marion Bachrach

cc:    ECF Recipients

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland
San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach