# Exhibit 1

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

      PROBATE DIVISION

      CASE NO. 50-2017-CP-003091-XXXXMB

      Division: IB – Judge Maxine Cheesman

IN RE: ESTATE OF

ROGER AILES,

    Deceased.

_____/

## ORDER ON MOTION FOR ENTRY OF ORDER DENYING MOTION FOR REHEARING AND FINAL ORDER STRIKING CLAIMS

**THIS CAUSE** having come before the Court on April 16, 2019 upon ELIZABETH A. AILES', as Personal Representative, Motion for Entry of Order Denying Motion for Rehearing and Final Order Striking Claims, and the Court having considered the Motion, reviewed the file, heard argument of counsel and Andrea Tantaros, *pro se*, ('TANTAROS") having been otherwise advised in the premises, it is thereupon,

**FINDINGS OF FACT**

    1.    On November 15, 2018, the Appellate Court dismissed TANTAROS' appeal seeking overturn of this Court's Order striking her Claim and Amended Claim for lack of prosecution and her failure to respond to required status reports.

    2.    With the dismissal by the Appellate Court of the action, the case reverted back to this Court for a ruling on TANTAROS' Motion for Rehearing and Reconsideration dated March 30, 2018.

    3.    The publication by the Personal Representative of the Notice to Creditors was on August 15, 2017.

    4.    The expiration of the deadline in which to file a claim against the Estate was November 15, 2017.

    5.    On October 5, 2017, TANTAROS filed pleadings in the Southern District of New

York seeking to join the Decedent, Roger Ailes's Estate as a Defendant in her pending action, where she had previously voluntarily dismissed Roger Ailes individually.

6. At that point in time, TANTAROS knew there was an estate administration pending in Florida and should have filed a claim in the Florida Probate Estate.

7. By not failing a claim during the requisite claims period, the claims as filed by TANTAROS are now barred and stricken.

**ORDERED AND ADJUDGED as follows:**

1. Andrea Tantaros' Motion for Rehearing and Reconsideration of March 30, 2018 is **denied.**

2. This Court's prior Order Striking Claim and Amended Claim dated March 8, 2018 is confirmed.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida.

50-2017-CP-003091-XXXX-MB    04/23/2019
Maxine Cheesman
Judge

*Copies furnished:*
**Jami L. Huber, Esq**., *Attorneys for Elizabeth Ailes, Personal Representative*, 500 South Australian Avenue, Suite 500, West Palm Beach, FL 33401 at ( jami@jamihuberlaw.com and admin@jamihuberlaw.com).
**Andrea Tantaros,** *pro se*, 154 W. 70th Street, New York, New York 10023, at (aktantaros@protonmail.com).