# Exhibit 2

IN THE CIRCUIT COURT FOR <u>Palm Beach</u> COUNTY, FLORIDA

IN RE: ESTATE OF

<u>Roger Ailes</u>

PROBATE DIVISION

File No. <u>2017-CP-003091</u>

Division _____

Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, <u>Roger Ailes</u>,

a resident of <u>Palm Beach County, Florida</u>

died on <u>May 18th, 2017</u>, owning assets in the State of Florida, and

WHEREAS, <u>Elizabeth Ailes</u>

has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare <u>Elizabeth Ailes</u>

duly qualified under the laws of the State of Florida to act as personal representative of the estate of <u>Roger Ailes</u>, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on <u>July 27</u>, 2017.

_____
Circuit Judge

FILED
JUL 27 2017
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

Bar Form No. P-3.0700
January 1, 2017        d/s