# Exhibit 4

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA PROBATE DIVISION

IN RE: ESTATE OF

                    File No. 502017CP003091
                           XXXXMB

ROGER AILES,

                    Division IB

        Deceased.

PETITION FOR ORDER STRIKING UNTIMELY FILED CLAIM

Petitioner, Elizabeth Ailes, as personal representative of this estate, files this petition for an order striking the claim of Andrea Tantaros and alleges:

1.      Notice to Creditors was duly published for this estate, the first publication being on August 15, 2017, and the time for filing claims expired on November 15, 2017.

2.      The claim of Andrea Tantaros was filed on January 31, 2018, that date being after the time for filing claims in this estate expired.

3.      The claimant had a pending lawsuit against the decedent which she dismissed when he passed away.  She had actual knowledge of his death and was aware that the estate was opened.

4.      Pursuant to the provisions of Section 733.702, the referenced claim is barred.

Petitioner requests that an order be entered striking said claim.

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed this  2  day of February, 2018.

Hodgson Russ, LLP
Attorneys for Personal Representative

                                 Elizabeth A. Ailes, Petitioner

440 Royal Palm Way, Suite 202
Palm Beach, Florida 33480
Telephone: (561) 656-8013
By:_____
     Paul A. Baldovin, Jr., Esq.
Florida Bar No. 376787
Email Addresses: pbaldovin@hodgsonruss.com

I CERTIFY that a copy hereof has been furnished to:

Andrea Tantaros
c/o Ekwan E. Rhow, Esq.
Bird, Marella, Boxer, Wolpert, Nessim,
   Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Ekwan E. Rhow, Esq.
Kate S. Shin, Esq.
Bird, Marella, Boxer, Wolpert, Nessim,
   Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Bruce A. Katzen, Esq.
Kluger, Kaplan, Silverman, Katzen & Levine, P.C.
201 S. Biscayne Boulevard
Twenty Seventh Floor
Miami, Florida 33131

by email, fax and certified mail on February 2, 2018.

_____
Paul A. Baldovin, Jr.
Attorney for Petitioner