# Exhibit 7

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA PROBATE DIVISION

IN RE:  ESTATE OF

                           File No. 502017CP003091
                                     XXXXMB

ROGER AILES,

                           Division IB

        Deceased.

## ORDER STRIKING CLAIM AND AMENDED CLAIM

On the petitions of Elizabeth A. Ailes, Personal Representative of the above estate for (i) an order striking the untimely filed claim of ANDREA TANTAROS (filed January 31, 2018) and (ii) the untimely filed amended claim of ANDREA TANTAROS (filed February 21, 2018), it appearing to the Court that all interested persons have been served proper notice of the petitions, and the Court being otherwise fully advised, it is

ADJUDGED that the claim of ANDREA TANTAROS filed on January 31, 2018 and the amended claim of ANDREA TANTAROS filed on February 21, 2018 are stricken.

ORDERED on _____*March 5*_____, 2018.


                                      *Jenn Keyser*
                              _____
                              Circuit Judge

NOT A CERTIFIED COPY