# Exhibit 10

**IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY FLORIDA**

IN RE: ESTATE OF ROGER AILES,

      **Deceased.**

_____/

ANDREA TANTARO,

    **Appellant/Claimant**

v.

ELIZABETH A. AILES, as Personal Representative
of the Estate of Roger Ailes

    **Appellee/Personal Representative**

_____/

**PROBATE DIVISION
CASE NO. 50-2017-CP-003091-MB
SECTION NO.:**

<u>**NOTICE OF APPEAL OF FINAL ORDER**</u>

NOTICE IS GIVEN, pursuant to Fla. R. App. P. 9.170(b)(18), that Claimant, ANDREA

TANTARO, appeals to Florida's Fourth District Court of Appeal, this Court's March 8, 2018

Order striking as untimely Andrea Tantaros' Claim filed on January 31, 2018 and Amended Claim

filed on February 21, 2018 . A copy of the Order is attached hereto as **Exhibit "A."**

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN
& LEVINE, P.L.**
Counsel for Claimant, Andrea Tantaro
201 S. Biscayne Boulevard
Twenty Seventh Floor
Miami, Florida 33131

By: _/s Bruce A. Katzen_____
    Bruce A. Katzen, Esq.
    Fla. Bar No.: 435627
    bkatzen@klugerkaplan.com
    cfalla@klugerkaplan.com

3482392.1

CASE NO. 50-2017-CP-003091-MB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida Courts E-Filing Portal and via email on this 6th day of April, 2018 on:

**Paul Anthony Baldovin**
Attorney for Personal Representative
Elizabeth A. Ailes
pbaldovin@hodgsonruss.com
Hodgson Russ LLP
440 Royal Palm Way Ste 202
Palm Beach, FL 33480-4142

By: */s/ Bruce A. Katzen*
**BRUCE A. KATZEN**

3482392.1

2

# EXHIBIT A

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA PROBATE DIVISION

IN RE:  ESTATE OF

                    File No. 502017CP003091
                            XXXXMB

ROGER AILES,

                    Division IB

      Deceased.

## ORDER STRIKING CLAIM AND AMENDED CLAIM

On the petitions of Elizabeth A. Ailes, Personal Representative of the above estate for (i) an order striking the untimely filed claim of ANDREA TANTAROS (filed January 31, 2018) and (ii) the untimely filed amended claim of ANDREA TANTAROS (filed February 21, 2018), it appearing to the Court that all interested persons have been served proper notice of the petitions, and the Court being otherwise fully advised, it is

ADJUDGED that the claim of ANDREA TANTAROS filed on January 31, 2018 and the amended claim of ANDREA TANTAROS filed on February 21, 2018 are stricken.

ORDERED on _____March 5_____, 2018.


                                _____
                                Circuit Judge

NOT A CERTIFIED COPY