# Exhibit 11

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

PROBATE DIVISION

CASE NO. 50-2017-CP-003091-XXXXMB

Division: IB – Judge Maxine Cheesman

IN RE: ESTATE OF

ROGER AILES,

      Deceased.
_____/

## NOTICE OF SPECIAL SET HEARING
### (30 Minutes)

**PLEASE TAKE NOTICE** that the undersigned will call up for Special Set Hearing the below designated matter on the date, time and place indicated below:

| | |
|---|---|
| **JUDGE:** | The Honorable Maxine Cheesman |
| **DATE:** | Tuesday, April 16, 2019 |
| **TIME:** | 9:30 a.m., thirty (30) minute hearing |
| **MOTION:** | Motion for Entry of Order Denying Motion for Rehearing and Final Order Striking Claims – E-Filed 2/22/2019, Docket No. 99 |
| **PLACE:** | Judge Daniel T. K. Hurley Courthouse<br>Courtroom: 6D<br>205 North Dixie Hwy.<br>West Palm Beach, Florida 33401 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-filing Portal, and that a true and correct copy of the foregoing was served via

1

In Re: Estate of Roger Ailes, Deceased
Case No. 50-2017-CP-003091-XXXXMB
Notice of Special Set Hearing

U.S. Mail and via an automatic e-mail generated by the Florida Courts E-filing Portal to: **Andrea Tantaros**, *pro se*, 154 W. 70th Street, New York, New York 10023, at (aktantaros@protonmail.com), this **5th** day of **April**, 2019.

                    JAMI L. HUBER, P.A.
                    *Attorneys for Elizabeth A. Ailes, Personal Representative*
                    500 S. Australian Avenue, Suite 500
                    West Palm Beach, FL 33401
                    Telephone: (561) 283-4770
                    Facsimile: (561) 283-4775
                    E-mail: jami@jamihuberlaw.com
                    Secondary E-Mail: admin@jamihuberlaw.com

                  By: ___/s/  *Jami L. Huber*___
                    Jami L. Huber, Esquire
                    Florida Bar Number: 098019

This notice is provided pursuant to Administrative Order No. 2.207-9/12

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

2

In Re: Estate of Roger Ailes, Deceased
Case No. 50-2017-CP-003091-XXXXMB
Notice of Special Set Hearing

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

NOT A CERTIFIED COPY

3