# Exhibit 12



**CASE NUMBER: 50-2017-CP-003091-XXXX-MB**
**CASE STYLE: AILES, ROGER**

Dockets & Documents ▼

Public = 📄                    VOR = 🔒                                      In Process = ⏲
                                                                              Page Size: All ▼

| | Docket Number | Effective Date | Description |
|---|---|---|---|
| 📄 | 1 | 06/28/2017 | PETITION FOR APPOINTMENT |
| 📄 | 2 | 06/28/2017 | OATH |
| 📄 | 3 | 06/28/2017 | PETITION FOR ADMINISTRATION |
| | 4 | 06/29/2017 | DIVISION ASSIGNMENT |
| 📄 | 5 | 06/29/2017 | PAID $401.00 ON RECEIPT 2238618 |
| 📄 | 6 | 06/29/2017 | WILL BOOK 29252 PAGE 1701-1723 |
| | 7 | 06/29/2017 | DEATH CERT PROBATE DECEDENT |
| 📄 | 8 | 07/05/2017 | ORDER APPOINTING COMMISSIONER DTD JULY 5, 2017 JUDGE KEYSER |
| 📄 | 9 | 07/13/2017 | EXPARTE CLERKS MEMO |
| 📄 | 10 | 07/25/2017 | COMMISSION |
| 📄 | 11 | 07/27/2017 | ORDER ADMITTING WILL |
| 📄 | 12 | 07/27/2017 | LETTERS OF ADMINISTRATION BOOK 29267 PAGE 903-903 |
| 📄 | 13 | 08/02/2017 | PAID $15.00 ON RECEIPT 2284617 |
| 📄 | 14 | 08/03/2017 | PAID $31.00 ON RECEIPT 2284940 |
| 📄 | 15 | 08/09/2017 | NOTICE TO CREDITORS |
| 📄 | 16 | 08/09/2017 | NOTICE OF FED EST TAX RTRN DUE |

| | | | |
|---|---|---|---|
| 📄 | 17 | 08/28/2017 | PROOF OF PUBLICATION |
| 📄 | 18 | 08/28/2017 | STATEMENT OF CLAIM |
| 📄 | 19 | 08/30/2017 | PROOF OF SRV NOT TO CREDITORS |
| 📄 | 20 | 08/30/2017 | OBJECTION TO CLAIM |
| 📄 | 21 | 09/21/2017 | NOTICE OF HEARING |
| 📄 | 22 | 09/21/2017 | STIPULATION |
| 📄 | 23 | 09/22/2017 | NOTICE TO BENEFICIARIES REGARDING INVENTORY F/B ATTY BALDOVIN |
| 📄 | 24 | 09/22/2017 | NOTICE OF CONFIDENTIAL FILING |
|   | 25 | 09/22/2017 | INVENTORY - ESTATE |
| 📄 | 26 | 09/22/2017 | PROOF OF SERVICE |
| 📄 | 27 | 09/28/2017 | PAID $4.00 ON RECEIPT 2351629 |
| 📄 | 28 | 09/28/2017 | AGREED ORDER ON JOINT STIPULATION FOR TOLLING OF TIME PERIOD FOR CLAIMANT HARPERCOLLINS PUBLISHERS LLC TO BRING AN INDEPENDANT ACTION UPON ITS CLAIM - SIGNED JUDGE JANIS B KEYSER 9/28/17 |
|   | 29 | 09/28/2017 | REVISED RECEIPT 2351629 |
| 📄 | 30 | 09/28/2017 | PAID $4.00 ON RECEIPT 2351629 |
| 📄 | 31 | 11/08/2017 | STATEMENT OF CLAIM |
| 📄 | 32 | 11/10/2017 | OBJECTION TO CLAIM |
| 📄 | 33 | 12/18/2017 | PAID $43.00 ON RECEIPT 2458456 |
| 📄 | 34 | 12/22/2017 | NOTICE OF FILING |
| 📄 | 35 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 36 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 37 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 38 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 39 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 40 | 01/10/2018 | RECEIPT OF BENEFICIARY |

| | | | |
|---|---|---|---|
| 📄 | 41 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 42 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 43 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 44 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 45 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 46 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 47 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 48 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 49 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 50 | 01/10/2018 | RECEIPT OF BENEFICIARY |
| 📄 | 51 | 01/10/2018 | DISCLAIMER |
| 📄 | 52 | 01/31/2018 | STATEMENT OF CLAIM |
| 📄 | 53 | 02/02/2018 | PETITION FOR ORDER |
| 📄 | 54 | 02/21/2018 | STATEMENT OF CLAIM |
| 📄 | 55 | 02/26/2018 | PETITION FOR ORDER |
| 📄 | 56 | 03/13/2018 | ORDER STRIKING CLAIM |
| 📄 | 57 | 03/22/2018 | RESPONSE TO: AND MEMORANDUM IN OPPOSITION TO PETITIONER'S PETITION FOR ORDER STRIKING UNTIMELY FILED AMENDED CLAIM F/B ATTY KATZEN |
| 📄 | 58 | 03/30/2018 | MOTION FOR REHEARING AND RECONSIDERATION OF MARCH 13, 2018 ORDER STRIKING CLAIM AND AMENDED CLAIM OR TO TREAT TANTAROS'MARCH 22, 2018 PLEADINGS AS A TIMELY FILED MOTION FOR REHEARING F/B KATZEN OBO ANDREA TANTAROS |
| 📄 | 59 | 04/06/2018 | NOTICE OF APPEAL CIVIL BOOK 29773 PAGE 778-781 |
| 📄 | 60 | 04/10/2018 | PAID $100.00 ON RECEIPT 2623083 |
| 📄 | 61 | 04/11/2018 | AUTOMATIC RECEIPT APPELLATE FILING |
| 📄 | 62 | 04/11/2018 | ACKNOWLEDGMENT OF NEW CASE |
| 📄 | 63 | 04/11/2018 | TRUE COPY |

| | | | |
|---|---|---|---|
| 📄 | 64 | 04/13/2018 | DIRECTIONS TO CLERK |
| 📄 | 65 | 04/13/2018 | NOTICE OF FILING |
| 📄 | 66 | 04/16/2018 | NOTICE OF EMAIL DESIGNATION |
| 📄 | 67 | 05/02/2018 | REPLY/RESPONSE |
| 📄 | 68 | 05/07/2018 | ORDER SETTING HEARING |
| 📄 | 69 | 05/09/2018 | RE-NOTICE OF HEARING |
| 📄 | 70 | 05/10/2018 | AFFIDAVIT |
| 📄 | 73 | 05/11/2018 | MOTION FOR CONTINUANCE CIVIL |
| 📄 | 71 | 05/14/2018 | INDEX TO RECORD ON APPEAL |
| 📄 | 72 | 05/14/2018 | INVOICE |
| | 74 | 05/15/2018 | NOTICE OF CONFIDENTIAL FILING |
| | 75 | 05/15/2018 | NOTICE OF FILING |
| 📄 | 77 | 05/16/2018 | CLERK NOTICE NOT CONFIDENTIAL |
| 📄 | 78 | 05/16/2018 | NOTICE OF UNAVAILABILITY |
| 📄 | 79 | 05/18/2018 | PAID $52.00 ON RECEIPT 2679870 |
| 📄 | 80 | 05/21/2018 | AUTOMATIC RECEIPT APPELLATE FILING |
| 📄 | 81 | 05/21/2018 | TRUE COPY |
| 📄 | 82 | 06/19/2018 | NOTICE OF UNAVAILABILITY |
| 📄 | 83 | 06/22/2018 | MOTION TO WITHDRAW |
| 📄 | 84 | 06/29/2018 | TRUE COPY |
| 📄 | 85 | 08/06/2018 | NOTICE OF HEARING |
| 📄 | 86 | 08/14/2018 | ORDER GRANTING JOINT MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANT ANDREA TANTAROS SIGNED BY JUDGE J B KEYSER ON AUG 14, 2018 |
| 📄 | 87 | 08/23/2018 | CONSENT |
| 📄 | 88 | 08/23/2018 | STIP SUBSTITUTION OF COUNSEL |

| | # | Date | Description |
|---|---|---|---|
| 📄 | 89 | 08/23/2018 | NOTICE OF FILING |
| 📄 | 90 | 08/29/2018 | PAID $5.00 ON RECEIPT 2820656 |
| 📄 | 91 | 08/30/2018 | AGREED ORDER GRANTING SUBSTITUTION OF COUNSEL-JDG J KEYSER DTD 8/28/18 |
| 📄 | 93 | 09/18/2018 | WITHDRAWAL OF CLAIM |
| 📄 | 94 | 10/24/2018 | NOTICE OF UNAVAILABILITY |
| 📄 | 95 | 11/15/2018 | TRUE COPY |
| 📄 | 96 | 01/04/2019 | SATISFACTION/RELEASE OF CLAIM |
| 📄 | 97 | 01/31/2019 | PETITION TO EXTEND TIME |
| 📄 | 98 | 02/19/2019 | ORDER EXTENDING TIME |
| 📄 | 99 | 02/22/2019 | MOTION FOR ENTRY OF ORDER DENYING MOTION FOR REHEARING AND FINAL ORDER STRIKING CLAIMS - F/B ELIZABETH AILES |
| 📄 | 100 | 02/27/2019 | NOTICE OF UNAVAILABILITY |
| 📄 | 101 | 04/05/2019 | NOTICE OF HEARING |
| 📄 | 102 | 04/16/2019 | NOTICE COURT REPORTER APPEARANCE F/B RAQUEL ROBINSON |
| 📄 | 103 | 04/25/2019 | ORDER ON MOTION FOR ENTRY OF ORDER DENYING MOTION FOR REHEARING AND FINAL ORDER STRIKING CLAIMS (DENIED) DTD 04/23/19 S/B JDG CHEESMAN |
| 📄 | 104 | 08/27/2019 | PETITION TO EXTEND TIME |
| 📄 | 105 | 10/08/2019 | ORDER EXTENDING TIME |
| 📄 | 106 | 10/25/2019 | PETITION TO EXTEND TIME |
| 📄 | 107 | 10/30/2019 | ORDER EXTENDING TIME |
| 📄 | 108 | 03/30/2020 | PETITION TO EXTEND TIME |
| 📄 | 109 | 04/06/2020 | ORDER EXTENDING TIME |