UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/9/2021_____

---------------------------------------------------------------- x
**ANDREA TANTAROS,**

              **Petitioner,**

   -against-

**FOX NEWS NETWORK, LLC, ET AL.,**

              **Respondents.**
---------------------------------------------------------------- x

**19-cv-7131 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

On October 21, 2021, the Court granted a withdrawal request from Petitioner's counsel and stayed this action to allow Petitioner to obtain counsel. On November 23, 2021, the Court ordered Petitioner to retain counsel by December 6, 2021. Petitioner is hereby **ORDERED** to comply with the Court's November 23, 2021 Order by **December 13, 2021**. The parties are reminded of the existing briefing schedule.

**SO ORDERED.**

**Dated:**     **December 9, 2021**
              **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**