# Exhibit 18

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: HON. DAVID B. COHEN J.S.C.
Justice

PART 58

Index Number : 652130/2018
ESTATE OF ROGER AILES
vs.
TANTAROS, ANDREA
SEQUENCE NUMBER : 003
DISMISS

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____, were read on this motion to/for __DISMISS__

| Notice of Motion/Order to Show Cause — Affidavits — Exhibits | No(s). ____ |
| Answering Affidavits — Exhibits | No(s). ____ |
| Replying Affidavits | No(s). ____ |

Upon the foregoing papers, it is ordered that this motion is GRANTED ONLY TO THE EXTENT OF DISMISSING THIS ~~ACTION~~ PROCEEDING FOR THE REASONS STATED ON THE RECORD AND IS OTHERWISE DENIED IN ALL RESPECTS.

Dated: 11-6-2019

_____, J.S.C.
HON. DAVID B. COHEN
J.S.C.

1. CHECK ONE: ........................................ ☒ CASE DISPOSED    ☐ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: .........MOTION IS: ☒ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: ................................ ☐ SETTLE ORDER           ☐ SUBMIT ORDER
                                                          ☐ DO NOT POST  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE