UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANDREA TANTAROS, | : |
| | : |
| Petitioner, | : 19-cv-7131 (ALC) |
| | : |
| v. | : |
| | : |
| FOX NEWS CHANNEL, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI, | : |
| | : |
| Respondents. | : |

---

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Peter E. Calamari, Esq. who has appeared in this action on behalf of the Estate of Roger Ailes, has left the partnership at Quinn Emanuel Urquhart & Sullivan, LLP.  Mr. Calamari will continue to represent the Estate of Roger Ailes in his personal capacity as lead counsel and as an attorney in good standing of the bar of the Southern District of New York.

Kimberly E. Carson and Brendan T. Carroll have also appeared in this action on behalf of the Estate of Roger Ailes.  Ms. Carson and Mr. Carroll continue as attorneys at Quinn Emanuel Urquhart & Sullivan, LLP and will continue to represent the Estate of Roger Ailes.

Mr. Calamari's offices may be found at One Vanderbilt, New York, NY 10017.  His office number  is 914-484-8448.


Dated: February 2, 2022                              PETER E. CALAMARI, ESQ.
New York, New York

                                              By:   */s/ Peter E. Calamari*
                                                     Peter E. Calamari, Esq.
                                                     One Vanderbilt, 52nd Floor

        New York, New York 10017
        Telephone:  (914) 484-8448
        petercalamari@gmail.com


        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP

By:   /s/ *Kimberly E. Carson*
        Kimberly E. Carson
        Brendan Carroll
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone:  (212) 849-7000
        Facsimile:  (212) 849-7100
        kimberlycarson@quinnemanuel.com
        brendancarroll@quinnemanuel.com


        *Attorneys for the Estate of Roger Ailes*