UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANDREA TANTAROS, | : |
| | : |
| Petitioner, | : 19-cv-7131 (ALC) |
| | : |
| v. | : |
| | : |
| FOX NEWS CHANNEL, LLC, THE ESTATE OF ROGER AILES, WILLIAM SHINE, SUZANNE SCOTT, DIANNE BRANDI, and IRENA BRIGANTI, | : |
| | : |
| Respondents. | : |

---

# DECLARATION OF PETER E. CALAMARI

I, Peter E. Calamari, an attorney admitted to practice before this Court, declare as follows:

1. I am lead counsel for Respondent the Estate of Roger Ailes. I submit this Declaration in support of the Estate's Reply in support of its Motion to Dismiss the Petition in order to put before the Court a certain document that the Court may consider in deciding the Estate's motion and in rebuttal to the opposition briefing submitted by Petitioner.

2. Attached hereto as Exhibit 1 is a true and correct copy of a status update provided by the Estate of Roger Ailes to the Arbitration Panel in the AAA Arbitration, *Fox News Network, LLC v. Andrea Tantaros*, on November 21, 2019.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2022  　　　　　　　　　　PETER E. CALAMARI, ESQ.
New York, New York

　　　　　　　　　　　　　　　By:　　*/s/ Peter E. Calamari*
　　　　　　　　　　　　　　　　　　Peter E. Calamari, Esq.
　　　　　　　　　　　　　　　　　　One Vanderbilt, 52nd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　Telephone: (914) 484-8448
　　　　　　　　　　　　　　　　　　petercalamari@gmail.com

　　　　　　　　　　　　　　　　　　*Attorney for the Estate of Roger Ailes*