# EXHIBIT 1

| | |
|---|---|
| **From:** | Brendan Carroll |
| **Sent:** | Thursday, November 21, 2019 10:17 PM |
| **To:** | 'Yost, Kristina A.'; MicheleGomez@adr.org; delvalle@feindelvalle.com; vivian.arias@tklaw.com; Peter Calamari; Lampe, Matthew W.; jack.doherty@tklaw.com; astero@tutanota.com; Cagney, Erika D.; marion.bachrach@tklaw.com; bruce@feinpoints.com |
| **Subject:** | RE: Fox News Network, LLC, Dianne Brandi, Irena v. Andrea Tantaros - Case 01-16-0001-7288 |

Dear Ms. Gomez,

The Estate of Roger Ailes joins the update submitted below by the Fox Parties. We also note that in September, the Estate elected to discontinue without prejudice its New York State court petition to stay this arbitration with respect to the Estate. That discontinuance was made without any waiver of the Estate's arguments regarding its joinder to this action and the Panel's jurisdiction over the Estate, which the Estate is reserving to present at the conclusion of the arbitration, if necessary. Furthermore, the Estate also notes that in April of this year, the Florida probate court that is overseeing the Estate entered a Final Order striking all Ms. Tantaros's claims against the Estate. The time for appeal from that order expired in May. If this case resumes, the Estate intends to move to dismiss the claims against it as barred by res judicata, among other bases for dismissal.

Respectfully submitted,


**Brendan Carroll**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7129 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
brendancarroll@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



2

3