# Holland & Knight

900 Third Avenue, 20th Floor | New York, NY 10022-4728 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

Marion Bachrach
+1 212-751-3341
Marion.Bachrach@hklaw.com

April 11, 2022

**FILING BY ECF AND COURTESY COPY TO COURT BY E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 435
New York, NY 10007

Re: *Tantaros v. Fox News Network, LLC, et al.*, Case No. 1:19-cv-07131-ALC

Dear Judge Carter:

We represent Respondent William J. Shine in the above-referenced case. We write to advise the Court that Mr. Shine joins in the Response filed by Baker & McKenzie LLP on behalf of Respondents Fox News Network, LLC, Suzanne Scott, Irena Briganti and Dianne Brandi (ECF #127) in reply to the Notice of Supplemental Authority previously filed on behalf of Petitioner.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Marion Bachrach*

Marion Bachrach

cc: ECF Recipients

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland
Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey