**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7309**

WRITER'S EMAIL ADDRESS
**kimberlycarson@quinnemanuel.com**

April 11, 2022

**Via ECF**

Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Andrea Tantaros v. Fox News Network, LLC*, 19 Civ. 07131

Dear Judge Carter:

We represent the Estate of Roger Ailes (the "Estate"), a Respondent in this action. We write to advise the Court that the Estate joins in the Notice of Response (Dkt. 127) filed today by the Fox Parties in regards to the Notice of Supplemental Authority (Dkt. 126) filed by Petitioner, Andrea Tantaros. As laid out in the Notice of Response, the purported "Supplemental Authority" is inapplicable to this case.

Respectfully,

*/s/ Kimberly Carson*

Kimberly Carson, Esq.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART