**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDREA TANTAROS,

              Plaintiff,

-against-                                                                    19 **CIVIL** 7131 (ALC)

**JUDGMENT**

FOX NEWS NETWORK, LLC., THE ESTATE OF
ROGER AILES, WILLIAM SHINE AND IRENA
BRIGANTI,

              Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2022, both Defendants' motions to dismiss the complaint are granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

    September 30, 2022

                                        **RUBY J. KRAJICK**

                                        _____
                                           **Clerk of Court**

                **BY:**    K. Mango
                                        _____
                                           **Deputy Clerk**