UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                               Petitioner,<br><br>           v.<br><br>FOX NEWS NETWORK, LLC., WILLIAM SHINE, THE ESTATE OF ROGER AILES, SUZANNE SCOTT, IRENA BRIGANTI, AND DIANNE BRANDI,<br><br>                               Respondents. | 19-cv-7131 (ALC)<br><br>NOTICE OF APPEAL IN A CIVIL CASE |

Notice is hereby given that Petitioner Andrea Tantaros in the above-named case now appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order, entered on the 30th day of September, 2022 (ECF No. 140), and Judgment, entered on the 30th day of September, 2022 (ECF No. 141), granting Respondents' Motions to Dismiss (ECF Nos. 100 and 104).

Dated: New York, New York
           October 25, 2022

Respectfully submitted,

_____
**OUTTEN & GOLDEN LLP**
Cara E. Greene
Aliaksandra Ramanenka
Brittany E. Arnold
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
*Attorneys for Petitioner*