UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>        Petitioner,<br><br>v.<br><br>FOX NEWS NETWORK, LLC., WILLIAM SHINE, THE ESTATE OF ROGER AILES, SUZANNE SCOTT, IRENA BRIGANTI, AND DIANNE BRANDI,<br><br>        Respondents. | 19-cv-7131 (ALC) |

## NOTICE OF CONSENT MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that upon the Declaration of Cara E. Greene, which is served to Petitioner Andrea Tantaros and Respondents Fox News Network, LLC, William Shine, the Estate of Roger Ailes, Suzanne Scott, Irena Briganti, and Dianne Brandi contemporaneously with this Notice, and such further evidence and argument as the Court may permit, Petitioner's counsel Outten & Golden LLP, upon Petitioner's and Respondents' consent, shall move before the Honorable Andrew L. Carter Jr., United States District Court Judge for the Southern District of New York, at the Courthouse located at 40 Foley Square, Courtroom 1306, New York, NY 10007, on November 28, 2022, or as soon thereafter as counsel may be heard, for an Order granting Outten & Golden leave to withdraw as Defendant's counsel. Plaintiff consents to the sought withdrawal.

Dated: November 7, 2022　　　　　　　　　　　Respectfully submitted,
New York, New York

                      /s Cara E. Greene
                      Cara E. Greene
                      Aliaksandra Ramanenka
                      **OUTTEN & GOLDEN LLP**
                      685 Third Avenue, 25th Floor
                      New York, New York 10017

Phone: (212) 245-1000
Email: CEG@outtengolden.com
ARamanenka@outtengolden.com

*Attorneys of record for Petitioner*

## **CERTIFICATE OF SERVICE**

I, Cara E. Greene, certify that on this 7th day of November, 2022, I electronically filed the foregoing document, along with the Declaration of Cara E. Greene in support of Motion for Leave to Withdraw as Counsel for Petitioner with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Respondents by electronically serving their counsel of record, and served same on Petitioner via email and regular mail to her last known address.

                                              */s/ Cara E. Greene*
                                              Cara E. Greene